USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

────────────────────────────

UNITED STATES OF AMERICA,          :          ~~PROPOSED~~ ORDER
                                   :
                                   :     11 cr. 403 (MGC)
        v.                         :
                                   :
DOMINIC GUIDO, ROBERT ROSELLI,     :
PLACIDO CAMEJO, CESAR VASQUEZ,     :
JOSE GENAO and EZEQUIEL            :
VASQUEZ,                           :
                                   :
            Defendants.            :

────────────────────────────

        IT IS HEREBY ORDERED that Robert Roselli's bail is modified such he is bailed on the following conditions: regular pre-trial supervision with internet reporting, travel restrictions, and a $2.2 million personal recognizance bond, secured by the signatures of himself, his mother Susan Codey, and his two sisters Susan Roselli and Lisa Hoblitzell, which were received by the Court on May 19, 2011, and by the posting of five properties located at the following addresses: 14 Oakview Road, Cedar Knolls, New Jersey 07927; 16 Myrtle Avenue, Summit, New Jersey 07901; 104 West Chadwick Way, Toms River, New Jersey 08753; 65 Countrywood Drive, Hanover, New Jersey 07927; 267 Whippany Road, Whippany, New Jersey 07981.


        SO ORDERED.

September 21, 2012

                              S/
                              _____
                              United States District Judge